# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

**CASE NAME:** USA v. ANTHONY THEA

**DOCKET NO:** 2:14-cr-00128-JDL

**PROCEEDING TYPE:** CHANGE OF PLEA HEARING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Plea Agreement (unexecuted) | 1/20/2015 | 1/20/2015 | | 1/20/2015 |